IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRACY MILLER AND SHEENA MILLER, AS NEXT FRIENDS OF THEIR MINOR DAUGHTER, I.M.M., A MINOR, AND JOELLE SEGAWA KANE, AS GUARDIAN AD LITEM FOR I.M.M., A MINOR, | ) ) ) ) ) ) ) | CV 17-00587 HG-WRP |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

ORDER ADOPTING, AS MODIFIED, MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO APPROVE SETTLEMENT ON BEHALF OF
<u>MINOR (ECF NO. 152)</u>

Findings and Recommendation having been filed and served on all parties on February 19, 2021, and no objections having been filed by any party,

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Approve Settlement on Behalf of Minor" are adopted as the opinion and order of this Court, with the following MODIFICATIONS:

On Page 2, in first sentence in the third paragraph, insert the word "the" between "by" and "Court."

///

///

///

///

On Page 6, 14 lines down in the first full paragraph, replace the citation "28 U.S.C. § 2878" with "28 U.S.C. § 2678."

**IT IS SO ORDERED.**

DATED: March 8, 2021, Honolulu, Hawaii.

Helen Gillmor
Senior United States District Judge

Tracy Miller and Sheena Miller, as Next Friends of Their Minor Daughter, I.M.M., a Minor, and Joelle Segawa Kane, as Guardian Ad Litem for I.M.M., a Minor v. United States of America, Civ No. 17-00587 HG-WRP, **Order Adopting, as Modified, Magistrate Judge's Findings and Recommendation to Approve Settlement on Behalf of Minor (ECF No. 152)**